JONATHAN D. EVANS (SBN 302887)
evansatlaw@gmail.com
THE LAW FIRM OF JONATHAN D. EVANS
64 N. Fair Oaks Avenue
Pasadena, CA 91103
(323) 515-9981

Attorneys for Plaintiff VICTOR DEAN

# UNITED STATES DISTRICT COURT
# FOR THE CENTRA DISTRICT OF CALIFORNIA

| In re DMCA Subpoena to Twitter, Inc. | ) Case No. 2:18-mc-00030 )<br>) **DECLARATION OF VICTOR DEAN**<br>)<br>)<br>) |
|---|---|

I, Victor Dean, declare, as follows:

1. The information provided here is accurate to the best of my knowledge. I am the copyright holder in "Prison 101", a series of YouTube episodes and a film treatment.

2. Description of infringement: I contend that the Infringing Image (see Exhibit A) is a derivative work of my "Prison 101" work, and that only I as the copyright owner have the exclusive right to produce derivative works based on my original, copyrighted work.

3. The Infringing Image in question depicts a streetwise individual training a weak and spoiled businessman how to prepare for his stretch



in prison. I believe that this is substantially similar to my "Prison 101" treatment and the Youtube episodes that I created.

4. In the Infringing Image, the streetwise character uses a prison rule to instruct the spoiled character what and what not to do in prison. Additionally, the Infringing Image depicts the spoiled character bench pressing the streetwise character as a form of exercise and preparation for incarceration. I believe that these are substantially similar to my Prison 101 treatment and my Youtube episodes.
5. I have a good faith belief that use of the material in the Infringing Image is not authorized by me, the copyright holder, or the law.
6. Upon information and belief, the twitter handle @gethardmovie is hosted by Twitter.com, LLC, ("Twitter"). I notified Twitter of the Infringing Image on or around February 18, 2018 (see Exhibit B).
7. I seek to subpoena Twitter for documents containing identifying information relating to the identity of the person or entity who/that operates the Twitter profile @gethardmovie hosted Twitter.
8. My objective is to obtain the identity of the alleged infringer, and any such information that I obtain from Twitter , LLC will only be used for the purpose of protecting my rights under 17 U.S. Code 101, et seq.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 7, 2018

/s/ Victor Dean
Victor Dean