# EXHIBIT B

**From:** **Twitter Support** support@twitter.com
**Subject:** Case# 77475868: DMCA Takedown Notice [ref:00DA0000000K0A8.5004A00001Ljvkt:ref]
**Date:** February 18, 2018 at 10:23 AM
**To:** vdean1@me.com





Hello,

This is an auto-confirmation that we have received your copyright report. Twitter will reply as soon as possible.

Copyright complaints concern the unauthorized distribution or republishing of material protected by copyright law. Here are some examples of possible copyright issues on Twitter:

1. Twitter account publishing links to free downloads of copyright protected materials
2. Twitter account using a copyright protected logo or image

If your report does not involve a copyright protected image that is being used as a Twitter account background or profile image, or Tweets containing links to unauthorized publication of copyright protected materials, most likely, it is not a Twitter copyright issue.

Many people confuse copyright with trademark. For information on reporting other possible Terms of Service violations, including possible trademark issues, please see this page: https://support.twitter.com/entries/15789.

If you have concerns regarding an urgent issue relating to abuse or safety on Twitter please refer to the Twitter rules here: https://support.twitter.com/articles/18311.

Thanks,

Twitter

Please note, we cannot accept email attachments at this time; please include all information in the body of your request.

-------------------------------------------------- Your ticket number: # 77475868

DMCA Takedown Notice

== Copyright owner: Victor Charles Dean
== Name: Victor Charles Dean
== Company: None
== Job title: Writer
== Email address: vdean1@me.com

== Email address: vdean1@me.com

== Address: 1210 S. Alfred Ave.
== City: Los Angeles
== State/Province: CA
== Postal code: 90035
== Country: United States
== Phone (optional): 8189702132
== Fax (optional): n/a

-------

== Description of original work: Back in May 20, 2009 I, Victor Dean started to begin writing and developing a feature film treatment entitled "Prison 101". "Prison 101" is a lighthearted yet relevant comedy about two men from opposite sides of the tracks who meet when one is framed for securities fraud and the other is hired to give him a crash course in how to survive the Federal Penitentiary. On or around March 26, 2012, at about 11:00 a.m., Victor Dean, accompanied by Mr. Muhammad, met with Jeff Clanagan and Quincy Newell at the Codeblack Entertainment offices, at or around 111 Universal Hollywood Drive, Suite 2260, Universal City, California "the Pitch Meeting". At the Pitch Meeting, Dean pitched the Work to Jeff Clanagan and Quincy Newell. During the Pitch Meeting, Dean expressly pitched "Prison 101" as a project for stars Will Ferrell and Kevin Hart. Upon information and belief, Mr. Hart is a business partner of Jeff Clanagan and has strong ties with Codeblack Entertainment. At the conclusion of the pitch meeting, a copy of the Prison 101 treatment was left with Jeff Clanagan. Mr. Clanagan asked Victor Dean to create a pilot and several episodes of "Prison 101" to determine the desirability of entering into a business relationship. Jeff Clanagan and Quincy Newell offered Victor Dean a YouTube channel partnership agreement, which states, in pertinent part, "that this Agreement confers no ownership or control" of the Work. Subsequently, Victor Dean executed the YouTube channel partnership agreement. Between June 2012 and October 2012, at least four Prison 101 episodes were published to YouTube under the YouTube channel partnership agreement. From June 2012 and continuing until today, Jeff Clanagan and Quincy Newell, and each of them, had access to Victor Dean's YouTube channel. Jeff Clanagan and Quincy Newell, and each of them, previewed the Prison 101 episodes Victor Dean created after the Pitch Meeting and shared these episodes with their own writers. Upon information and belief, Jeff Clanagan and Quincy Newell at some time after had access to Victor Dean's treatments, episodes, and other content associated with The Work, Jeff Clanagan and Quincy Newell, and each of them, met with Adam McKay, a film producer. Upon information and belief, at some point in time between September 2012 and December 2012, McKay pitched a film known as "Get Hard" to Warner Brothers Studios. The premise of "Get Hard" involved a storyline substantially similar to the storyline of Victor Dean's The Work. "Get Hard" was attached to stars Will Ferrell and Kevin Hart, just as Victor Dean pitched to Jeff Clanagan and Quincy Newell. In addition, upon information and belief, "Get Hard" was

marketed as "Prison 101" in at least one French Canadian Market.

== Links to original work:
https://www.dropbox.com/s/jz8ezcfpk9slk4h/Prison101A-2.pdf?dl=0
https://youtu.be/N2XY-6UCao4?list=PL1B5D159F43F48DC1
https://youtu.be/fL3ahckh3Sg?list=PL1B5D159F43F48DC1

---

== Reported Tweet URL:
https://twitter.com/gethardmovie/status/567471841732612098

== Description of infringement: I contend that the photo in question is a derivative work of Victor Dean's "Prison 101" work, and only the copyright owner has the exclusive right to produce derivative works based on their original, copyrighted work. The Image in question depicts Kevin Hart's character a streetwise individual training Will Farrell's character who is a weak and spoiled businessman how to train for his stretch in prison. This is substantially similar to Dean's 'Prison 101" treatment and the Youtube episodes that Victor Dean created. Another point that confirms the copyright infringement with this image is that the infringer uses a prison rule in the image instructing Will Farrell's character what and what not to do in prison which is expressed in Victor Dean's Prison 101 treatment and in Youtube episodes. Lastly, the image depicts Kevin Hart's character being benched pressed by Will Farrell's character as a form of exercise and preparation for his incarceration. These subtle details were expressed by Victor Dean during the March 26, 2012 meeting with Jeff Clanagan and Quincy Newell at the Codeblack Entertainment offices. I have a good faith belief that use of the material in the manner complained of here is not authorized by me, the copyright holder, or the law. The information provided here is accurate to the best of my knowledge. I swear under penalty of perjury that I am the copyright holder.

-------

== 512(f) Acknowledgment: I understand that under 17 U.S.C. § 512(f), I may be liable for any damages, including costs and attorneys' fees, if I knowingly materially misrepresent that reported material or activity is infringing.

== Good Faith Belief: I have good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law.

== Authority to Act: The information in this notification is accurate, and I state under penalty of perjury that I am authorized to act on behalf of the copyright owner.

== Signature: Victor Charles Dean

Reference #ref:00DA0000000K0A8.5004A00001Ljvkt:ref

**Help**

Twitter, Inc. 1355 Market Street, Suite 900 San Francisco, CA 94103